IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAURENCE STONE, | : | |
| | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| BEAR, STEARNS & CO., INC., et al. | : | NO. 2:11-cv-5118 |
| | : | |
| Respondents. | : | |

## JUDGMENT

AND NOW, this 29th day of May, 2012, for the reasons set forth in the accompanying Memorandum Order and pursuant to 9 U.S.C. § 9, we hereby CONFIRM the arbitration award in favor of Respondents and against Petitioner in FINRA Arbitration Case No. 08-01185.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.